**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: STACY LATNIE                                ) Case No. 18 B 20045
                                                )
                                        Debtor  ) Chapter 13
                                                )
                                                ) Judge: CAROL A DOYLE

## NOTICE OF MOTION

STACY LATNIE                               PRO SE DEBTOR
7123 S HARVARD AVE                         ACTING AS OWN ATTORNEY
CHICAGO, IL  60621

Please take notice that on October 02, 2018 at 10:30 am my designee or I will appear before the Honorable Judge CAROL A DOYLE at 219 South Dearborn Courtroom 742, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at  55 E Monroe St.,  Chicago, IL or by the methods indicated on September 20, 2018.

                                                    /s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1.  On July 18, 2018 the Debtor filed a petition and plan under Chapter 13 of Title 11  U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

Debtor to amend plan.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

                                                    Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE                                  /s/ Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900